```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BRIGITTE STELZER,

                            Plaintiff,

-against-

THE VILLAGE VOICE, LLC,

                            Defendant.
-----------------------------------------------------------------X

**ORDER ADJOURNING TELEPHONE CONFERENCE**

18-CV-2405 (ER)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the parties' representation that they have settled this matter, the Pre-Settlement Telephone Conference previously scheduled for **January 21, 2021** is hereby adjourned *sine die*.

SO ORDERED.

Dated: January 19, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge